Form 3

## UNITED STATES COURT OF INTERNATIONAL TRADE

| | |
|---|---|
| PRODUCTOS LAMINADOS DE MONTERREY S.A. DE C.V., <br><br>                                    **Plaintiff,** <br> v. <br><br> **UNITED STATES,** <br>                                    **Defendant.** | **S U M M O N S** <br> Court No. 25-00195 |

**TO:**    The Attorney General and the United States Department of Commerce:

      **PLEASE TAKE NOTICE** that a civil action has been commenced pursuant to 28 U.S.C. § 1581(c) to contest the determination described below.



                                          **/s/ Mario Toscano**
                                          Clerk of the Court

1. The plaintiff is Productos Laminados de Monterrey S.A. de C.V ("Prolamsa"). Plaintiff Prolamsa is a Mexican producer of subject merchandise and participated in the Department of Commerce's administrative review that resulted in the contested finding. Plaintiff therefore is a party to the proceeding and is entitled to commence this civil action pursuant to 28 U.S.C. § 2631(c), 28 U.S.C. § 1581(c), and 19 U.S.C. § 1516a(a)(2)(B)(iii).

2. Plaintiff contests the Final Results of the administrative review of the antidumping order on Heavy Walled Rectangular Welded Carbon Steel Pipes and Tubes from Mexico (case no. A-201-847) by the International Trade Administration, Department of Commerce for the 2022-2023 period of review.

3. The underlying administrative determination was issued on July 24, 2025 and corrected on August 19, 2025.

4. The Final Results were published in the Federal Register on July 24, 2025 (90 Fed. Reg. 34,842) and corrected on August 19, 2025 (90 Fed. Reg. 40,331).

      /s/ David E. Bond
David E. Bond
Allison J.G. Kepkay
Colin Alejandro Dilley

WHITE AND CASE LLP
701 Thirteenth Street, NW
Washington, DC 20005
(202) 626-3600

Date: September 3, 2025

## SERVICE OF SUMMONS BY THE CLERK

**PRODUCTOS LAMINADOS DE MONTERREY S.A. DE C.V. v. UNITED STATES**
**CIT Court No. 25-00195**

     Pursuant to CIT Rule 3(a)(2), this is an action described in 28 U.S.C. § 1581(c) to contest a determination listed in section 516A(a)(2) of the Tariff Act of 1930, for which the filing of a summons only is required for commencement of the action. In accordance with CIT Rule 4(a)(1) and (4), the Clerk of the Court is requested to serve the summons on each of the following named defendants:

**UPON THE UNITED STATES:**

Attorney-in-Charge
International Trade Field Office
U.S. Department of Justice
National Courts Branch
Room 346
26 Federal Plaza
New York, NY 10278

Jeanne Davidson
Commercial Litigation Branch
Civil Division
U.S. Department of Justice
1100 L Street, NW
Washington, DC 20530

**UPON THE DEPARTMENT OF COMMERCE:**

John K. Guenther
Acting General Counsel
U.S. Department of Commerce
Mail Stop 5875 HCHB
14th and Constitution Avenue, NW
Washington, DC 20230

Robert Heilferty
Office of the Chief Counsel for Trade Enforcement and Compliance
International Trade Administration
U.S. Department of Commerce
1401 Constitution Ave., NW
Washington, DC 20230

<u>**NOTICE TO INTERESTED PARTIES**</u>

**PRODUCTOS LAMINADOS DE MONTERREY S.A. DE C.V. v. UNITED STATES**
**CIT Court No. 25-00195**

      I, David E. Bond of the law firm White & Case LLP, hereby certify that on or promptly after September 3, 2025, pursuant to CIT Rule 3(f), I notified all interested parties who were a party to the proceeding below, by mailing copies of the foregoing Summons, Form 5, Form 13, and Form 17, by certified mail, return receipt requested:

Robert E DeFrancesco III, Esq.
Representative of Nucor Tubular Products Inc.
Wiley Rein LLP
2050 M Street, NW
Washington, DC 20036

Diana Dimitriuc Quaia, Esq.
Representative of Maquilacero S.A. de C.V. and PJ Trailers Manufacturing, Inc.
ArentFox Schiff LLP
1717 K Street, NW
Washington, DC 20006-5344

Roger B. Schagrin, Esq.
Representative of Bull Moose Tube Company, Maruichi American Corporation, and Searing Industries
Schagrin Associates
900 7th Street, NW
Suite 500
Washington, DC 20001

Matthew J. McConkey
Representative of Forza Steel S.A. de C.V.
Mayer Brown, LLP
1999 K Street, NW
Washington, DC 20006-1101

                                                 /s/ David E. Bond
                                                    David E. Bond

## CERTIFICATE OF SERVICE

       I, David E. Bond, of the law firm White & Case LLP, hereby certify that on or promptly after September 3, 2025, copies of the foregoing Summons, Form 5, Form 13, and Form 17, were delivered to the following parties by certified mail, return receipt requested:

**UPON THE UNITED STATES:**

Attorney-in-Charge
International Trade Field Office
U.S. Department of Justice
National Courts Branch
Room 346
26 Federal Plaza
New York, NY 10278

Jeanne Davidson
Commercial Litigation Branch
Civil Division
U.S. Department of Justice
1100 L Street, NW
Washington, DC 20530

**UPON THE DEPARTMENT OF COMMERCE:**

John K. Guenther
Acting General Counsel
U.S. Department of Commerce
Mail Stop 5875 HCHB
14th and Constitution Avenue, NW
Washington, DC 20230

Robert Heilferty
Office of the Chief Counsel for Trade Enforcement and Compliance
International Trade Administration
U.S. Department of Commerce
1401 Constitution Ave., NW
Washington, DC 20230

                                                          /s/ David E. Bond
                                                             David E. Bond