UNITED STATES COURT OF INTERNATIONAL TRADE

BEFORE: THE HONORABLE M. MILLER BAKER, JUDGE

|  |  |
|---|---|
| PRODUCTOS LAMINADOS DE MONTERRERY S.A. de C.V, <br><br>  Plaintiff, <br><br>  v. <br><br> UNITED STATES, <br><br>  Defendant, <br><br>  and <br><br> NUCOR TUBULAR PRODUCTS INC., <br><br>  Defendant-Intervenor. | Court No. 25-00195 |

**DEFENDANT'S CONSENT MOTION FOR
AN EXTENSION OF TIME, OUT OF TIME,
FOR ADMINISTRATIVE RECORD FILING
DEADLINE IN LIGHT OF LAPSE OF APPROPRIATIONS**

Pursuant to Rules 6(b)(1)(B) and 7(b) of the Rules of the United States Court of International Trade, defendant, United States, hereby respectfully requests an extension of time, out of time, for the Department of Commerce to file its administrative record index from November 12, 2025, to and including November 21, 2025. In accordance

with Rules 7(b)(1)(C) and 7(f) of this Court, on November 19, 2025, undersigned counsel contacted counsel of record for the various parties regarding this motion. All parties have consented to this motion. In emails dated November 19, 2025, counsel for plaintiff, Cristina Cornejo of White & Case, LLP, and counsel for defendant-intervenor, Robert Edward DeFrancesco, III, of Wiley Rein, LLP, consented to this motion.

Rule 6(b)(1)(B) provides that out-of-time requests for an extension of deadlines are permitted when the movant is able to demonstrate that failure to act was due to "circumstances beyond the control of the party." At the end of the day on September 30, 2025, the appropriations act that had been funding the Department of Justice expired and those appropriations to the Department lapsed. The same is true for the majority of other Executive agencies, including the Department of Commerce. Funding was restored by Congress at the end of the day on November 12, 2025.

Absent an appropriation, Department of Justice attorneys are prohibited from working, even on a voluntary basis, except in very limited circumstances, including "emergencies involving the safety of human life or the protection of property." 31 U.S.C. § 1342. Commerce

had *no personnel* who were excepted to work on matters before the Court. So, for the 40 days the Government had to prepare and file the administrative record index—from October 3, when the complaint was filed and the administrative record deadline set, until November 12, the due date for the record—the Department of Justice and Commerce counsels assigned to this case and Department of Commerce staff who prepare and certify the administrative record index were furloughed, and were therefore unable to begin preparation of the administrative record index before the Court due to circumstances beyond our control. We apologize to the Court and to the other parties for any inconvenience this may have caused.

      Therefore, although we greatly regret any disruption caused to the Court and the other litigants, the Government respectfully requests that its deadline to file the administrative record in the above-captioned case be extended from November 12, 2025, to November 21, 2025.

      Respectfully submitted,

      BRETT A. SHUMATE
      Assistant Attorney General

      PATRICIA M. McCARTHY
      Director

|  |  |
|---|---|
|  | /s/ Franklin E. White, Jr.<br>FRANKLIN E. WHITE, JR.<br>Assistant Director |
|  | /s/ Kristin E. Olson |
| OF COUNSEL:<br>KARL MUELLER<br>Staff Attorney<br>Office of the Chief Counsel for<br>Trade Enforcement and<br>Compliance<br>U.S. Department of Commerce<br>Washington, D.C. | KRISTIN E. OLSON<br>Trial Attorney<br>U.S. Department of Justice<br>Civil Division<br>Commercial Litigation Branch<br>P.O. Box 480<br>Ben Franklin Station<br>Washington, D.C. 20044<br>Telephone: 202-307-6299<br>E-mail: Kristin.Olson@usdoj.gov |
| November 19, 2025 | *Attorneys for Defendant* |

# IN THE UNITED STATES COURT OF INTERNATIONAL TRADE

BEFORE:  THE HONORABLE M. MILLER BAKER, JUDGE

|  |  |
|---|---|
| PRODUCTOS LAMINADOS DE MONTERRERY S.A. de C.V, | ) ) ) ) ) |
| Plaintiff, | ) ) ) |
| v. | ) ) ) |
| UNITED STATES, | ) ) ) Court No. 25-00195 |
| Defendant, | ) ) ) |
| and | ) ) ) |
| NUCOR TUBULAR PRODUCTS INC., | ) ) ) |
| Defendant-Intervenor. | ) ) ) |

## **ORDER**

Upon consideration of defendant's consent motion for an extension out-of-time to the deadline for the Department of Commerce to file the administrative record index; it is hereby

ORDERED that defendant's motion for leave to extend out-of-time the administrative record filing deadline in light of a lapse of appropriations is granted; and it is further

ORDERED that the administrative record filing deadline is extended to November 21, 2025.

Dated:_____ , 2025                    _____

    New York, NY                                         JUDGE