**IN THE UNITED STATES COURT OF INTERNATIONAL TRADE
BEFORE THE HONORABLE M. MILLER BAKER, JUDGE**

| | | |
|---|---|---|
| PRODUCTOS LAMINADOS DE MONTERREY S.A. DE C.V., | ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Court No. 25-00195 |
| UNITED STATES, | ) ) | |
| Defendant, | ) ) | |
| and, | ) ) | |
| NUCOR TUBULAR PRODUCTS, INC., | ) ) ) | |
| Defendant-Intervenor. | ) ) | |

## NOTICE OF APPEARANCE

**PLEASE TAKE NOTICE** that, pursuant to Rule 75(b) of the Rules of the United States Court of International Trade, the undersigned appears as "of counsel" for defendant, the United States, in this action and requests that all papers be served on him. The individual attorney in the Government, who is responsible for the litigation, is Kristin Elaine Olson.

Dated:     November 20, 2025        s/Karl John Mueller
                                    Karl John Mueller
                                    Attorney
                                    Office of the Chief Counsel
                                     for Trade Enforcement & Compliance
                                    U.S. Department of Commerce
                                    1401 Constitution Avenue N.W.
                                    Washington, D.C. 20230
                                    Tel:  (202) 893-3841
                                    Email:  Karl.Mueller@trade.gov