UNITED STATES COURT OF INTERNATIONAL TRADE
BEFORE: THE HONORABLE M. MILLER BAKER, JUDGE

| | |
|---|---|
| **PRODUCTOS LAMINADOS DE MONTERREY S.A. DE C.V,** ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> **UNITED STATES,** ) <br> ) <br> Defendant, ) <br> ) <br> and ) <br> ) <br> **NUCOR TUBULAR PRODUCTS INC.,** ) <br> ) <br> Defendant-Intervenor. ) | Court No. 25-00195 |

## ORDER OF DISMISSAL

This action having been voluntarily stipulated for dismissal by all parties having appeared in the action, is dismissed.

**SO ORDERED.**

Dated: _____, 2026
      New York, New York

                                    Clerk, U.S. Court of International Trade

                                    /s/_____
                                                   Deputy Clerk

## UNITED STATES COURT OF INTERNATIONAL TRADE
## BEFORE: THE HONORABLE M. MILLER BAKER, JUDGE

|  |  |
|---|---|
| **PRODUCTOS LAMINADOS DE MONTERREY S.A. DE C.V,** | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ) |
| **UNITED STATES,** | ) ) Court No. 25-00195 |
| Defendant, | ) ) |
| and | ) ) |
| **NUCOR TUBULAR PRODUCTS INC.,** | ) ) |
| Defendant-Intervenor. | ) ) |

**Stipulation of Dismissal**

PLEASE TAKE NOTICE that plaintiff, pursuant to Rule 41(a)(1)(A)(ii) of the Rules of the United States Court of International Trade, having filed a stipulation of dismissal signed by all parties who have appeared in this action hereby dismisses this action.

            Respectfully submitted,

            /s/ *David E. Bond*
            David E. Bond
            Allison J.G. Kepkay

Cristina M. Cornejo
Colin A. Dilley

**White & Case LLP**
701 Thirteenth Street, NW
Washington, DC 20005-3807

Counsel to Productos Laminados
de Monterrey S.A. de C.V.

BRETT A. SHUMATE
Assistant Attorney General

PATRICIA M. McCARTHY
Director

s/ Franklin E. White, Jr.
FRANKLIN E. WHITE, JR.
Assistant Director

s/ Kristin E. Olson
KRISTIN E. OLSON
Trial Attorney
U.S. Department of Justice
Civil Division
Commercial Litigation Branch
P.O. Box 480
Ben Franklin Station
Washington, D.C. 20044
Tel: (202) 307-6299
kristin.olson@usdoj.gov

Attorneys for the United States

|  | */s/ Robert E. DeFrancesco, III* |
|---|---|

                                                 */s/ Robert E. DeFrancesco, III*
                                                 Alan H. Price, Esq.
                                                 Robert E. DeFrancesco, III, Esq.
                                                 Enbar Toledano, Esq.
                                                 Jake R. Frischknecht, Esq.
                                                 Stephen A. Morrison, Esq.

                                               **WILEY REIN LLP**
                                               2050 M Street, NW
                                               Washington, DC 20036
                                               (202) 719-7000

                                               Counsel to Nucor Tubular Products Inc.

Dated: February 17, 2026

3