UNITED STATES COURT OF INTERNATIONAL TRADE
BEFORE: THE HONORABLE M. MILLER BAKER, JUDGE

| | |
|---|---|
| **PRODUCTOS LAMINADOS DE MONTERREY S.A. DE C.V,** ) <br><br> Plaintiff, ) <br><br> v. ) <br><br> **UNITED STATES,** ) <br><br> Defendant, ) <br><br> and ) <br><br> **NUCOR TUBULAR PRODUCTS INC.,** ) <br><br> Defendant-Intervenor. ) | Court No. 25-00195 |

## ORDER OF DISMISSAL

This action having been voluntarily stipulated for dismissal by all parties having appeared in the action, is dismissed.

**SO ORDERED.**

Dated: __February 18__, 2026
      New York, New York

                                             Clerk, U.S. Court of International Trade

                                             /s/        Lewis Hugh
                                                         Deputy Clerk